

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Ronald Keith Moore,

\* From the County Court at Law No. 2
of Midland County
Trial Court No. FM-43,005

Vs. No. 11-16-00282-CV

\* January 31, 2019

Zuzanna E. Moore,

\* Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the orders below. Therefore, in accordance with this court's opinion, the orders of the trial court are in all things affirmed. The costs incurred by reason of this appeal are taxed against Ronald Keith Moore.